IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SHERRY SPENCER, and
MARK SPENCER,

Plaintiff,

v.

BAYER CORPORATION, et al.,

Defendant.                                                    No. 09-604-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendants Bayer Corporation, Bayer HealthCare Pharmaceuticals Inc., and Bayer HealthCare LLC's motion for extension of time to file a responsive pleading in this civil case (Doc. 10). Based on the reasons in the motion, the Court **GRANTS** Defendant's motion (Doc. 10) and allows the defendants an additional 30 days, up to and including, **October 2, 2009**, to file an answer or otherwise responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Signed this 21st day of August, 2009.

/s/     David R Herndon
**Chief Judge**
**United States District Court**